# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CRAIG P. TRULOCK**, Forest Supervisor, Malheur National Forest, in his official capacity; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture,<br><br>Defendants. | Case No. 2:21-cv-01033-HL<br><br>**JUDGMENT** |

Based on the Court's Opinion and Order, ECF 63, Judgment is hereby entered in favor of Defendants. This action is DISMISSED.

It is so ORDERED.

DATED this 5th day of October, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge